Filed 5/12/16  In re Sarah M. CA4/1

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| In re SARAH M., a Person Coming Under the Juvenile Court Law. | |
| | D069226 |
| THE PEOPLE, | |
| Plaintiff and Respondent, | (Super. Ct. No. J233608) |
| v. | |
| SARAH M., | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of San Diego County, Robert J. Trentacosta, Judge.  Affirmed.

Patrick J. Hennessey, Jr., under appointment by the Court of Appeal, for Defendant and Appellant.

In June and July of 2013, the district attorney filed two separate petitions against Sarah M. (Minor) alleging offenses for unrelated incidents.  The first petition (G4365)

alleges that she battered her mother in violation of Penal Code section 242.  She admitted the offense, and the court sustained the petition.

The second petition (G4522) alleges that Minor battered a girl on school property in violation of Penal Code section 243.2, subdivision (a)(1), which Minor admitted.  The court declared her wardship and placed her on probation.  In September 2015, the court found that Minor satisfactorily completed the terms of her probation for the offense alleged in G4522, dismissed the petition, and sealed all records pertaining to it.  The court did not address or seal the records relating to G4365.  Minor's notice of appeal indicates that she appeals the court's denial of her motion to seal G4365.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) and *Anders v. California* (1967) 368 U.S. 738 (*Anders*) raising a possible, but not arguable issue.  Counsel asks this court to review the record for error as mandated by *Wende*.  We offered Minor the opportunity to file her own brief on appeal, but she has not responded.[1]

### DISCUSSION

As we have noted, appellate counsel has not identified any reasonably arguable issues for reversal on appeal.  Pursuant to *Wende, supra,* 25 Cal.3d 436, we have engaged in a review of the record for error.  Pursuant to *Anders*, *supra*, 386 U.S. 738, appellate counsel informs us that he reviewed the following possible, but not arguable issue: "whether the trial court actually denied a request for the sealing of all records in case

---

[1]    The facts of the underlying offenses are not relevant to the analysis of possible error based on this record.  Therefore, we omit the traditional statement of facts.

G4365 and/or whether [Minor] ever filed a request to have that particular petition sealed."

We have reviewed the entire record in accordance with *Wende, supra,* 25 Cal.3d 436 and *Anders, supra,* 368 U.S. 738, including the issue raised by counsel, and have not found any reasonably arguable appellate issues. Minor did not request sealing G4365, and the court properly limited its sealing order to G4522. (*In re Y.A.* (2016) 246 Cal.App.4th 523, 525.)

Competent counsel has represented Minor in this appeal.

DISPOSITION

The judgment is affirmed.

_____

HALLER, Acting P. J.

WE CONCUR:

_____
McDONALD, J.

_____
IRION, J.